## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEDRICK LEMONT HICKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:20-CV-1291-R |
| | ) | |
| | ) | |
| OKLAHOMA COUNTY | ) | |
| DETENTION CENTER, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Gary M. Purcell in which he recommended that the Motion to Dismiss filed by the Defendants be denied.  Doc. No. 31.  No objection to the Report and Recommendation has been filed within the time limit prescribed therein, nor has an extension of time in which to object been sought.  Therefore, the Report and Recommendation is ADOPTED in its entirety. Defendants' Motion to Dismiss [Doc. No. 24] is DENIED.

IT IS SO ORDERED this 21st day of September 2021.


_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE